FEBRUARY 1, 1996

No. A–606 (95–1201). LOPEZ ET AL. v. MONTEREY COUNTY, CALIFORNIA, ET AL. Appeal from D. C. N. D. Cal. Application for stay of modification of an injunction filed November 1, 1995, by the United States District Court for the Northern District of California, case No. C–91–20559–RMW, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted pending action by this Court on the statement as to jurisdiction. Should the appeal be dismissed or the judgment affirmed, this order shall terminate automatically. If probable jurisdiction is noted or postponed, this order shall continue in effect pending the sending down of the judgment of this Court.

FEBRUARY 6, 1996

No. A–624. ABRAMS ET AL. v. JOHNSON ET AL. D. C. S. D. Ga. Application for stay pending appeal, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

FEBRUARY 13, 1996

No. 95–124. DENVER AREA EDUCATIONAL TELECOMMUNICATIONS CONSORTIUM, INC., ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.; and
No. 95–227. ALLIANCE FOR COMMUNITY MEDIA ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. [Certiorari granted, ante, p. 973.] Motion of Time Warner Cable for leave to participate in oral argument as amicus curiae and for divided argument denied.

FEBRUARY 15, 1996

No. 95–7919 (A–679). HORSLEY v. THOMPSON, WARDEN. Sup. Ct. Ala. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.